◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE SCOTT, Appellant, v WILSON WALTERS, as Superintendent of the Ossining Correctional Facility, et al., Respondents. — Judgment of the Supreme Court, Westchester County (Beisheim, J.), entered April 1, 1981, affirmed, without costs or disbursements (*People ex rel. Burley v Warden, N. Y. City House of Detention,* 79 AD2d 518, mot for lv to app den 48 NY2d 602). Lazer, J. P., O'Connor, Bracken and Brown, JJ., concur.